IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 09-00240-KD** |
| | * | |
| v. | * | |
| | * | |
| **JOSE NORIEGA, et. al.** | * | |

## ORDER

Upon motion of the United States and for good cause shown, it is hereby ORDERED, ADJUDGED, and DECREED that the following asset is dismissed from the Superseding Indictment and Judgment of Forfeiture in the above styled cause:

<u>REAL PROPERTY</u>:

1. All of that lot or parcel of land, together with it's building, appurtenances, improvements, fixtures, attachments and easements, that would constitute the residence, curtilage and outlying property with the street address of **8500 Chutney Drive**, in Eight Mile, Alabama, which property is more particularly described as:

<u>PARCEL 1</u>:
**Lot 44 Spice Pond Estates, Unit 3, a subdivision, according to a map or plat thereof which is on file of record in the Office of the Judge of Probate of Mobile County, Alabama, in Map Book 20, page 90.**

<u>PARCEL 2</u>:
**That parcel of land in the SW 1/4 of the NW 1/4 of Section 1, Township 3 South, Range 3 West, lying West of the East line of Lot 44, Spice Pond Estates, Unit Three, according to the plat thereof recorded in Map Book 20, page 90 in the records of the Office of the Judge of Probate, Mobile County, Alabama, if said line was extended**

1

Northwardly to the North line of said SW 1/4 of the NW 1/4 of said section.

LESS AND EXCEPTING THEREFROM such oil, gas and other minerals in, on and under the above described real property, together with all rights in connection therewith, as have previously been reserved by or conveyed to others.

ORDERED, this 12th day of April, 2011.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE